# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 18-00303-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| NICHOLAS JOSEPH FELIX (01) | MAGISTRATE JUDGE WHITEHURST |

## ORDER

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Nicholas Joseph Felix, is **ACCEPTED** and he is fully adjudged guilty of the offense charged in Count One of the indictment, consistent with the report and recommendation.

**THUS DONE AND SIGNED,** at Shreveport, Louisiana, on this 14th day of March, 2019.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT